UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-24421-JEM

JOHN BUTLER, a Pennsylvania citizen and resident,

    Plaintiff,

v.

NCL (BAHAMAS) LTD., a Bermuda corporation d/b/a NORWEGIAN CRUISE LINES,

    Defendant.

_____/

## DEFENDANT'S MOTION FOR PERMISSION TO FILE MULTIMEDIA EXHIBIT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR FRAUD AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, NCL (BAHAMAS) LTD., a Bermuda corporation d/b/a NORWEGIAN CRUISE LINES by and through the undersigned attorneys, hereby requests permission to file multimedia video exhibits in support of Defendant's Motion to Dismiss for Fraud [ECF No. 35] and Defendant's Motion for Summary Judgment [ECF No. 36]. Plaintiff moves the Court for an Order on its Motion for Permission to File Multimedia Exhibits in support of Defendant's Motions with the Clerk of Court, and states as follows:

    1.    On January 31, 2022 the Defendant filed both a Motion to Dismiss for Fraud and a Motion for Summary Judgment and cites a multimedia exhibit; the CCTV footage taken of the Plaintiff on the date of the incident.

    2.    Counsel for Defendant intends to use utilize the multimedia exhibit in support of its Motion for Dismiss for Fraud and its Motion for Summary Judgment.

3. Defendant will file the exhibit referenced herein with the Clerk of Court in video format via USB-Drive.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant NCL (BAHAMAS) LTD., a Bermuda corporation d/b/a NORWEGIAN CRUISE LINES*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9242
Facsimile (561) 683-8977
Primary e-mail: david.kirsch@csklegal.com
Secondary e-mail: jaclyn.switalski@csklegal.com

By:     s/ Jaclyn N. Switalski
      DAVID A. KIRSCH
      Florida Bar No.: 86038
      JACLYN N. SWITALSKI
      Florida Bar No.: 117977

3940.0105-00/-1